JANUARY 24, 1966

**No. 69762.**—Railway Express Agency, Inc., a/c Airesearch Manufacturing Co. *v.* United States, protest 63/7112.— Motion of Government for rehearing granted.

JANUARY 24, 1966

**No. 69763.**—APPEAL 5220.—United States *v.* F. B. Vandegrift & Co., Inc. Appeal dismissed November 12, 1965.

**No. 69764.**—APPEAL 5222.—United States *v.* Lanvin Parfums, Inc.— Appeal dismissed November 2, 1965.